UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80186-CIV-RYSKAMP/VITUNAC

**SECURITIES AND EXCHANGE COMMISSION,**
          Plaintiff,

v.

**K.L. GROUP, LLC, KL FLORIDA, LLC,
KL TRIANGULUM MANAGEMENT, LLC,
SHORELAND TRADING LLC,
KL GROUP FUND, LLC,
KL FINANCIAL GROUP FLORIDA, LLC,
KL FINANCIAL GROUP DB FUND, LLC,
KL FINANCIAL GROUP DC FUND, LLC,
KL FINANCIAL GROUP IR FUND, LLC
KL TRIANGULUM GROUP FUND, LLC,
WON SOK LEE, JOHN KIM,
and YUNG BAE KIM,**

          **Defendants.**
_____/

### NOTICE OF FILING VOLUNTARY DISMISSAL WITH PREJUDICE OF REMAINING CLAIMS AGAINST DEFENDANT WON SOK LEE

Plaintiff Securities and Exchange Commission, pursuant to Rule 41(a), of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal with prejudice as to the Commission's remaining claims for a civil money penalty and disgorgement plus prejudgment interest each against Defendant Won Sok Lee.

                              Respectfully submitted,

Dated:  June 17, 2010        By:     s/ Scott A. Masel
                                     Scott A. Masel
                                     Senior Trial Counsel
                                     Florida Bar No. 007110
                                     Direct Dial:  (305) 982-6398
                                     E-mail: masels@sec.gov

                                     Attorney for Plaintiff
                                     **SECURITIES AND EXCHANGE COMMISSION**

        801 Brickell Avenue, Suite 1800
        Miami, Florida  33131
        Telephone: (305) 982-6300
        Facsimile:   (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/ Scott A. Masel
        Scott A. Masel

## SERVICE LIST

Securities and Exchange Commission v. K.L. Group, LLC, et al.
Case No. 05-80186-CIV-RYSKAMP/VITUNAC
United States District Court, Southern District of Florida

Won Sok Lee, *pro se*
Register No. 73411-004
Federal Satellite Low La Tuna
P.O. Box 6000
Anthony, NM  88021
*Via U.S. Mail*

        s/ Scott A. Masel
        Scott A. Masel, Esq.