UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80186-CIV-RYSKAMP/VITUNAC

SECURITIES AND EXCHANGE COMMISSION,
          Plaintiff,

v.

K.L. GROUP, LLC, KL FLORIDA, LLC,
KL TRIANGULUM MANAGEMENT, LLC,
SHORELAND TRADING LLC,
KL GROUP FUND, LLC,
KL FINANCIAL GROUP FLORIDA, LLC,
KL FINANCIAL GROUP DB FUND, LLC,
KL FINANCIAL GROUP DC FUND, LLC,
KL FINANCIAL GROUP IR FUND, LLC
KL TRIANGULUM GROUP FUND, LLC,
WON SOK LEE, JOHN KIM,
and YUNG BAE KIM,

          Defendants.
_____/

**NOTICE OF FILING VOLUNTARY DISMISSAL WITH PREJUDICE
OF REMAINING CLAIMS AGAINST DEFENDANTS K.L. GROUP, LLC, KL
FLORIDA, LLC, KL TRIANGULUM MANAGEMENT, LLC, SHORELAND TRADING
LLC, KL GROUP FUND, LLC, KL FINANCIAL GROUP FLORIDA, LLC,
KL FINANCIAL GROUP DB FUND, LLC, KL FINANCIAL GROUP DC FUND, LLC,
KL FINANCIAL GROUP IR FUND, LLC KL TRIANGULUM GROUP FUND, LLC**

      Plaintiff Securities and Exchange Commission, pursuant to Rule 41(a), of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal with prejudice as to the Commission's remaining claims for civil money penalty and disgorgement plus prejudgment interest against Defendants K.L. Group, LLC, KL Florida, LLC, KL Triangulum Management, LLC, Shoreland Trading LLC, KL Group Fund, LLC, KL Financial Group Florida, LLC, KL Financial Group DB Fund, LLC, KL Financial Group DC Fund, LLC, KL Financial Group IR Fund, LLC and KL Triangulum Group Fund, LLC.

                                              Respectfully submitted,

Dated:  June 21, 2010        By:    s/ Scott A. Masel
                                                        Scott A. Masel
                                                        Senior Trial Counsel
                                                        Florida Bar No. 007110
                                                        Direct Dial:  (305) 982-6398
                                                        E-mail: masels@sec.gov

                                                        Attorney for Plaintiff
                                                        **SECURITIES AND EXCHANGE**
                                                        **COMMISSION**
                                                        801 Brickell Avenue, Suite 1800
                                                        Miami, Florida  33131
                                                        Telephone: (305) 982-6300
                                                        Facsimile:   (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                s/ Scott A. Masel
                                                                Scott A. Masel

## SERVICE LIST

                Securities and Exchange Commission v. K.L. Group, LLC, et al.
                        Case No. 05-80186-CIV-RYSKAMP/VITUNAC
               United States District Court, Southern District of Florida

Won Sok Lee, *pro se*
Register No. 73411-004
Federal Satellite Low La Tuna
P.O. Box 6000
Anthony, NM  88021
*Via U.S. Mail*

                                                                s/ Scott A. Masel
                                                                Scott A. Masel, Esq.