UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80186-CIV-RYSKAMP/VITUNAC

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

KL GROUP, LLC, KL FLORIDA, LLC,
KL TRIANGULUM MANAGEMENT, LLC,
SHORELAND TRADING LLC,
KL GROUP FUND, LLC,
KL FINANCIAL GROUP FLORIDA, LLC,
KL FINANCIAL GROUP DB FUND, LLC,
KL FINANCIAL GROUP DC FUND, LLC,
KL FINANCIAL GROUP IR FUND, LLC,
KL TRIANGULUM GROUP FUND, LLC,
WON SOK LEE, JOHN KIM,
and YUNG BAE KIM,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT CONFIRMING RECEIVER'S SALE OF REALTY (19060 SE REACH ISLAND LANE, JUPITER, FLORIDA)

**THIS CAUSE** came before the Court upon the Receiver's Motion for Confirmation of Private Sale (the "Motion"). [DE 297]. By Order granting such Motion, this Court confirms the Receiver's sale of a parcel of realty located at 19060 SE Reach Island Lane, Jupiter, Florida 33458, including a 2004 Yamaha waive runner (serial number US-YAM-A 3820D404), and expressly directs that Final Judgment be entered because there is no just reason to delay. Accordingly, this Court issues this Final Judgment Confirming Receiver's Sale of Realty, for which let execution issue forthwith.

It is **ORDERS AND ADJUDGED** that:

1. Guy A. Lewis, not individually, but solely in his capacity as Receiver (the "Receiver") for Defendants KL Group, LLC, KL Florida, LLC, KL Triangulum Management, LLC, Shoreland Trading, LLC, KL Group Fund, LLC, KL Financial Group Florida, LLC, KL Financial Group DB Fund, LLC, KL Financial Group DC Fund, LLC, KL Financial Group IR Fund, LLC, KL Triangulum Group Fund, LLC, Skyline Futures Trading, LLC and Skyline Futures Management, LLC, was authorized to sell the 2004 Yamaha waive runner (serial number US-YAM-A 3820D404) and the following parcel of realty: 19060 SE Reach Island Lane, Jupiter, Florida 33458; Legal Description: A parcel of land being a portion of Lot 22 of Third Addition To Jupiter River Estates, according to Plat thereof as recorded in Plat Book 3, Page 70, of the Public Records of Martin County, Florida.

2. This Court has issued an Order granting the Receiver's motion to confirm the Receiver's sale of the property described in Paragraph 1 above.

3. Accordingly, Final Judgment is hereby entered confirming the Receiver's sale of the property described in Paragraph 1 above.

4. This Court shall retain jurisdiction to enforce the terms of this Final Judgment.

DONE and ORDERED in the Southern District of Florida, this _15_ day of _Sept_, 2011.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All Counsel of Record